**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re: | Case No. 21-14051-JPS |
| Rayshawn T Eberhardt, | Chapter 7 |
| | Judge Jessica E. Price Smith |
| Debtor. | |

## REQUEST FOR NOTICE TO CREDITORS

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to the creditors to file claims.

Dated: January 4, 2022

/s/ Kari B. Coniglio
Kari B. Coniglio (00081463)
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel. (216) 479-6167
Facsimile (216) 937-3766
kbconiglio@vorys.com

*Chapter 7 Trustee*